IN THE UNITED STATES BANKRUPTCY COURT
Western District of Kentucky

**In the Matter of**:                                }
                                                                  }    Case No. 18-33646
Barton E. Chittenden                              }
Debra Chittenden-Morrow                    }    Chapter 13
                                                                  }
**Debtors**                                            }

## AMENDED ORDER OF CONFIRMATION

This matter having come before the Court upon the Motion of the Debtors, and this Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** the Debtors' Motion is **GRANTED,** and the Order of Confirmation entered on January 31, 2019, is hereby amended to increase the claim of Fifth Third Bank, P.O. Box 9013, Addison, TX 75001, from the amount of $0.00 at 0% interest to the amount of $133.76 at 0% interest.

A copy of this Order is mailed to the Debtors, Counsel for Debtors, the Trustee, and to all scheduled creditors and parties in interest.

Submitted by:

Julie Ann O'Bryan
Counsel for Debtor
O'Bryan Law Offices, PSC
1717 Alliant Ave. Ste. 17
Louisville, KY 40299
Phone: (502) 339-0222
Fax: (502) 339-0046
rebecca@obryanlawoffices.com

Thomas H. Fulton
United States Bankruptcy Judge

Dated: June 26, 2019